**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7396

GREGORY LYNN GORDON,

Plaintiff - Appellant,

v.

BRIAN CLAYTON HUNCKE; DET BRIAN WAYNE KEZIAH; DETECTIVE
EDDIE CATHEY; SHERIFF TREY ROBINSON; DISTRICT ATTORNEY
CHRISTOPHER BRAGG; JUDGE SGT. B. D. HELMS; A. E. BARNES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Henry M. Herlong, Jr., Senior
District Judge. (7:11-cv-02572-HMH)

Submitted: January 12, 2012        Decided: January 18, 2012

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gregory Lynn Gordon, Appellant Pro Se. William L. Hill, James
Demarest Secor, III, FRAZIER HILL & FURY, RLLP, Greensboro,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lynn Gordon appeals the district court's order transferring his 42 U.S.C. § 1983 (2006) action to the Western District of North Carolina for lack of personal jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Gordon seeks to appeal is not a final order, nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED